KRISTIN K. MAYES
ATTORNEY GENERAL

KRISTIN A. GREEN (019801)
Assistant Attorney General
416 W. Congress St, 2nd Floor
Tucson, Arizona 85701-1315
(520) 638-2801 • Fax (520) 628-6050
Kristin.Green@azag.gov

*Attorney for State Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| RAOUL ARTURO GARZA,<br>Plaintiff,<br>v.<br>STATE OF ARIZONA, et al.,<br>Defendants. | No. CV-25-00142-TUC-SHR<br>**STATE DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO SET PRE-TRIAL HEARING DATE (DOC. 26) AND MOTION TO FILE VIDEO EVIDENCE (DOC. 27)**<br>Assigned to: Honorable Scott H. Rash |

State Defendants (State of Arizona, Gradillas, Harrison, Hobbs, Mayes, Walton and Woods) object to Plaintiff's Motion to Set Pre-trial Hearing (Doc. 26) and Motion to File Video Evidence (Doc. 27) on grounds that both motions are procedurally inappropriate given that a fully-briefed Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is currently pending before the Court. (*See* Docs. 15-17)

State Defendants further object to Plaintiff's apparent attempt to amend his Complaint via a twenty-five page memorandum in support of his Motion to Set (Doc. 26-1) which does not comply with Fed. R. Civ. P. 15 or LRCiv. 15.1. And because Plaintiff has not demonstrated that video evidence he wishes to file has any bearing on the purely legal matters presently at issue in State Defendants' Rule 12(b)(6) motion, they object to his motion to file it.

Finally, State Defendants respectfully preserve their right to respond substantively to Plaintiff's Motions in the event that the Court wishes to consider them on the merits.

RESPECTFULLY SUBMITTED this 18th day of September, 2025.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

/s/Kristin A. Green
KRISTIN A. GREEN
Assistant Attorneys General
Attorneys for State Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2025, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and a copy emailed to:

Raoul Arturo Garza
Raoul.garza82@gmail.com
*Plaintiff*

s/jag